# United States Court of Appeals
## For the First Circuit

No. 01-2545

HERBERT DERMAN,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 25, 2002 is corrected as follows:

One page 9, line 19, insert "in" between "it" and "another"